```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
                                         :
 UNITED STATES OF AMERICA                :
                                         :   ORDER
      -v-                                :
                                         :   S29 16 Cr. 692 (JMF)
 DAVIDS APSITIS,                         :
                                         :
                          Defendant.     :
                                         :
- - - - - - - - - - - - - - - - - - - - x
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Matthew J.C. Hellman, Emily A. Johnson, and Daniel G. Nessim;

It is found that the Indictment S29 16 Cr. 692 (JMF) is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore

ORDERED that Indictment S29 16 Cr. 692 (JMF) in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         May 17, 2022

_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 16, 2022

**BY EMAIL**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States* v. *Davids Apsitis,* S29 16 Cr. 692 (JMF)

Dear Judge Furman:

The Government respectfully requests that Indictment S29 16 Cr. 692 (JMF) be unsealed. Mr. Apsitis has been arrested in Latvia and will be extradited to the United States on May 19, 2022. An order to that effect is attached.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   /s/ Emily A. Johnson
Matthew J.C. Hellman
Emily A. Johnson
Daniel G. Nessim
Assistant United States Attorneys
(212) 637-2278 / 2409 / 2486