# MICHAEL H. SPORN
ATTORNEY AT LAW

(212) 791-1200
mhsporn@gmail.com

299 BROADWAY  
NEW YORK, NEW YORK 10007

42-40 BELL BOULEVA RD  
BAYSIDE, NEW YORK 11361

September 16, 2022

> Application GRANTED. The conference is hereby ADJOURNED to October 4, 2022, at 10:45 a.m.. Time is excluded in the interests of justice from today, September 19, 2022, until October 4, 2022, for the reasons set forth in Defense Counsel's letter. The Clerk of Court is directed to terminate Doc. #558. SO ORDERED.
>
> September 19, 2022

Hon. Jesse M. Furman  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

      Re:  United States v. Davids Apsitis  
           Ind. 16 Cr 692 (JMF)

Dear Judge Furman:

      This letter is respectfully submitted to request that the status conference currently scheduled for September 21, 2022 be adjourned to a date in early October or such date that may be convenient to the Court. The parties are engaged in productive plea discussions while review of discovery continues. The government consents. The defendant consents to the exclusion of time pursuant to 18 U.S.C. § 3161(h)(7)(A). Thank you for your consideration of this matter.

      Respectfully yours,

Michael Sporn  
Digitally signed by Michael Sporn  
DN: cn=Michael Sporn, o, ou, email=mhsporn@gmail.com, c=US  
Date: 2022.09.16 16:40:21 -04'00'

Michael H. Sporn

MHS/ss  
CC: Matthew Hellman, Esq.

.